UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
ELLIOTT GARNER
                                        :
                Plaintiff,                  09 Civ. 5767 (RJH)(HBP)
                                        :
    -against-                               ORDER
                                        :
CAPTAIN OF CORRECTIONS DWYER, et al.
                                        :
                Defendants              :
---------------------------------------X

PITMAN, United States Magistrate Judge:

Since plaintiff is incarcerated, it is impractical to have an in-person conference to discuss scheduling. Accordingly, I propose the following schedule for pretrial proceedings in this matter.

1. Any motions to amend the pleadings or to join additional parties shall be served and filed no later than March 2, 2010.

2. All parties shall make all disclosures required by Fed. R. Civ. P. 26(a)(1) no later than March 2, 2010.

3. All discovery is to be completed no later than July 5, 2010.

4. Plaintiff shall make all disclosures required by Fed. R. Civ. P. 26(a)(2) (expert disclosures) no later than May 3, 2010.

5. Defendants shall make all disclosures required by Fed. R. Civ. P. 26(a)(2) (expert disclosures) no later than June 3, 2010.

6. Dispositive motions, if any, shall be served no later than August 5, 2010.

7. The Pretrial Order in the form required by Judge Holwell's rules, along with all other pretrial submissions required by Judge Holwell, shall be filed no later than September 6, 2010 or thirty (30) days after the decision on any dispositive motion, whichever is later.

No later than January 30, 2010, the parties shall advise me in writing whether they object to the proposed schedule. Unless I hear an objection, it is my intention to enter an Order in accordance with the schedule proposed above.

Dated: New York, New York
December 30, 2009

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Mr. Elliott Garner
825-09-00540
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst, New York 11370

Shlomit Aroubas, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007